UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REV. DR. MRS. ELENOA SIKIVOU,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　　　Respondents. | CASE NO. C07-1216-TSZ-MJB<br><br>REPORT AND RECOMMENDATION |

On July 21, 2006, petitioner Rev. Dr. Mrs. Elenoa Sikivou, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in the United States District Court for the Southern District of New York, challenging her final order of removal to Fiji and her continued detention by the U.S. Immigration and Customs Enforcement ("ICE"). (Dkt. #8, Attach. #3). On July 25, 2007, the New York District Court dismissed the habeas petition to the extent it challenged her final order of removal, and transferred the action to this Court because petitioner was detained at the Northwest Detention Center in Tacoma, Washington. *Id.* On September 5, 2007, petitioner submitted a letter requesting that the Court substitute her petition for a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct her federal sentence. (Dkt. #20). The Court denied petitioner's request, concluding that a petition under section 2241, not

1  section 2255, was the appropriate vehicle to challenge her continued detention. (Dkt. #22). On
2  September 14, 2007, respondents filed a Return Memorandum and Motion to Dismiss,
3  indicating that on September 12, 2007, ICE released petitioner from detention. (Dkt. #25).
4  Respondents argue that because petitioner is no longer detained by ICE, petitioner's habeas
5  petition should be dismissed as moot. *Id.*

6      For a federal court to have jurisdiction, "an actual controversy must exist at all stages of
7  the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002).
8  "When a controversy no longer exists, the case is moot." *Id.* Because petitioner is no longer
9  detained by ICE, the Court finds that petitioner's habeas petition should be dismissed as moot.
10 *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992) (holding that the District Court
11 properly dismissed plaintiff's claims that had become either moot or unripe). Accordingly, I
12 recommend that respondents' motion to dismiss be granted, and that this action be dismissed
13 without prejudice. A proposed Order accompanies this Report and Recommendation.
14     DATED this 17th day of September, 2007.

                                          MONICA J. BENTON
                                          United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2